# Court of Appeals
# of the State of Georgia

ATLANTA,___June 16, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1720. BETTY BENDOLPH et al. v. WESTKEY ENTERPRISES, LLC.

This action began in magistrate court as a dispossessory proceeding brought by Westkey Enterprises, LLC, against Betty Bendolph. The magistrate court entered judgment in favor of Westkey Enterprises and issued a writ of possession. Betty Bendolph et al. appealed the ruling to superior court which entered judgment in favor of Westkey Enterprises and issued a writ of possession. Betty Bendolph et al., through attorney Grady Roberts, filed a notice of appeal. We, however, lack jurisdiction.

When a superior court order involves a de novo appeal from a magistrate court's decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Because Betty Bendolph et al. failed to comply with the discretionary appeal procedure as required, this appeal is hereby DISMISSED for lack of jurisdiction



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____06/16/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, Clerk.